## IN THE SUPREME COURT OF PENNSYLVANIA
### MIDDLE DISTRICT

THOMAS D. WYATT,

                    Respondent

                v.

BARBARA ANN WYATT,

                    Petitioner

:  No. 536 MAL 2015
:
:
:
:  Petition for Allowance of Appeal from
:  the Order of the Superior Court
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 8th day of February, 2016, the Petition for Allowance of Appeal is **DENIED**.

    Mr. Justice Eakin did not participate in the consideration or decision of this matter.